# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-1 | 9620606 | Root | 0940 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 12/20/2020 / 0811 | TITLE 18 SECT. 7&13 |

Place of Offense: GATE #5 ADJ. 682 MCROSO

Offense Description: Factual Basis for Charge: CVC 5200(A) LICENSE PLATES WHEN (2) ISSUED. HAZMAT ☐

**DEFENDANT INFORMATION** Phone [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| MARTINEZ | ANTHONY | R |

Street Address [redacted]

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| 6UOZ732 | CA | 1993 | TOYOTA CAMRY | RED |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 — Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov** → $ 110 — **Total Collateral Due**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 WEST BROADWAY U.S. COURTHOUSE SAN DIEGO, CA 92101

Date:

Time:

**My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.**

X Defendant Signature

Original - CVB Copy

*9620606*

CVB SCAN 01/05/2021 10:29

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 DEC, 20 20 while exercising my duties as a law enforcement officer in the SOUTHERN District of CA

THE VEHICLE WAS STOPPED FOR NO LICENSE PLATES DISPLAYED.

The foregoing statement is based upon:

☑ my personal observation ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/20/2020 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/05/2021 10:29